AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| The Foundation for Global Political Exchange, Inc. <br><br> _Plaintiff(s)_ <br><br> v. <br><br> U.S. Department of the Treasury, et al. <br><br> _Defendant(s)_ | Civil Action No.  1:23-cv-3777 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janet Yellen, Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jameel Jaffer, attorney for plaintiff
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____          _____
                                                          _Signature of Clerk or Deputy Clerk_