CO-386
10/2018

# United States District Court
# For the District of Columbia

THE FOUNDATION FOR GLOBAL )
POLITICAL EXCHANGE, INC., )
)
)
                  Plaintiff )
           vs )      Civil Action No. __1:23-cv-3777_____
U.S. DEPARTMENT OF THE )
TREASURY, et al., )
)
                  Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Foundation for Global Political Exchange, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                        Attorney of Record

                                        /s/ Jameel Jaffer
                                        Signature

MI0067                            Jameel Jaffer
BAR IDENTIFICATION NO.      Print Name

                                        475 Riverside Drive, Suite 302
                                        Address

                                        New York, NY 10115
                                        City       State       Zip Code

                                        (646) 745-8500
                                        Phone Number