UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF THE TREASURY; JANET YELLEN, in her official capacity as the Secretary of the Treasury; OFFICE OF FOREIGN ASSETS CONTROL; BRADLEY SMITH, in his official capacity as the Director of the Office of Foreign Assets Control; U.S. DEPARTMENT OF JUSTICE; and MERRICK GARLAND, in his official capacity as the Attorney General,<br><br>            Defendants. | Civil Action No. 1:23-cv-3777-JMC |

## **DECLARATION OF XIANGNONG WANG**

Pursuant to Local Rule 83.2(c), I, Xiangnong Wang, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.  My full name is Xiangnong Wang.

2.  I am an attorney with the Knight First Amendment Institute at Columbia University. My office is located at 475 Riverside Drive, Suite 302, New York, NY 10115. My office telephone number is (646) 745-8500.

3.  I was admitted by diploma privilege to the Bar of the State of Oregon in October 2020 and remain a member in good standing, bar number 204689. I later completed and achieved a passing score on the Uniform Bar Examination held in February 2023. I am also admitted to practice law in the United States Courts of Appeals for the Second Circuit.

  4.  I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

  5.  I have not been admitted to practice in this Court *pro hac vice* within the last two years.

  6.  I do not engage in the practice of law from an office located in the District of Columbia.

  I certify under the penalty of perjury that the foregoing is true and correct.

              Respectfully submitted,

              */s/ Xiangnong Wang*
              Xiangnong Wang
              Knight First Amendment Institute
               at Columbia University
              475 Riverside Drive, Suite 302
              New York, NY 10115
              (646) 745-8500
              george.wang@knightcolumbia.org

              *Counsel for Plaintiff*

Dated: January 9, 2024