

STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

XIANGNONG WANG

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the

13th day of October, 2020

XIANGNONG WANG

was admitted to the practice of law in the Supreme Court and all other courts in the State of

Oregon, and is now an attorney in good standing.

December 12, 2023.

NANCY COZINE
State Court Administrator



_____
Authorized Representative