UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE TREASURY; JANET YELLEN, in her official capacity as the Secretary of the Treasury; OFFICE OF FOREIGN ASSETS CONTROL; BRADLEY SMITH, in his official capacity as the Director of the Office of Foreign Assets Control; U.S. DEPARTMENT OF JUSTICE; and MERRICK GARLAND, in his official capacity as the Attorney General,<br><br>      Defendants. | Civil Action No. 1:23-cv-3777-JMC |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ALEX ABDO AS ADDITIONAL COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 83.2(c), I hereby move for the admission *pro hac vice* of Alex Abdo, an attorney with the Knight First Amendment Institute at Columbia University, 475 Riverside Drive, Suite 302, New York, NY 10115, and a member of the bar of the State of New York, as additional counsel for the Plaintiff in this case. Alex Abdo's declaration is filed herewith.

Respectfully submitted,

 /s/ Jameel Jaffer
Jameel Jaffer (MI0067)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Plaintiff*

Dated: January 9, 2024