UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY; JANET YELLEN, in her official capacity as the Secretary of the Treasury; OFFICE OF FOREIGN ASSETS CONTROL; BRADLEY SMITH, in his official capacity as the Director of the Office of Foreign Assets Control; U.S. DEPARTMENT OF JUSTICE; and MERRICK GARLAND, in his official capacity as the Attorney General, <br><br> Defendants. | Civil Action No. 1:23-cv-3777-JMC |

### DECLARATION OF ALEX ABDO

Pursuant to Local Rule 83.2(c), I, Alex Abdo, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Alexander Abraham Abdo.

2. I am an attorney with the Knight First Amendment Institute at Columbia University. My office is located at 475 Riverside Drive, Suite 302, New York, NY 10115. My office telephone number is (646) 745-8500.

3. I have been admitted to practice before the courts listed in "Attachment A" to this declaration.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

      5.      I have not been admitted to practice in this Court *pro hac vice* within the last two years.

      6.      I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

 */s/ Alex Abdo*
Alex Abdo
Knight First Amendment Institute
   at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

*Counsel for Plaintiff*

Dated: January 9, 2024

2

## Attachment A

## Alex Abdo
## Court Admissions

| Court | Year Admitted | Bar Number |
|---|---|---|
| New York State Bar | 2009 | 4751491 |
| U. S. District Court, Southern District of New York | 2009 | AA0527 |
| U.S. District Court, Eastern District of New York | 2015 | AA0527 |
| U.S. Court of Appeals, 1st Cir. | 2012 | 1154992 |
| U.S. Court of Appeals, 2nd Cir. | 2010 | 10-210679 |
| U.S. Court of Appeals, 4th Cir. | 2011 | |
| U.S. Court of Appeals, 9th Cir. | 2014 | |
| U.S. Court of Appeals, D.C. Cir. | 2011 | 53651 |
| Supreme Court of the United States | 2012 | |

3