## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE FOUNDATION FOR GLOBAL
POLITICAL EXCHANGE, INC.,

        Plaintiff,

    v.

U.S. DEPARTMENT OF THE TREASURY;
JANET YELLEN, in her official capacity as
the Secretary of the Treasury; OFFICE OF
FOREIGN ASSETS CONTROL;
BRADLEY SMITH, in his official capacity
as the Director of the Office of Foreign
Assets Control; U.S. DEPARTMENT OF
JUSTICE; and MERRICK GARLAND, in
his official capacity as the Attorney General,

        Defendants.

Civil Action No. 1:23-cv-3777-JMC

### MOTION FOR ADMISSION *PRO HAC VICE* OF ALEXIA RAMIREZ AS ADDITIONAL COUNSEL FOR PLAINTIFF

      Pursuant to Local Civil Rule 83.2(c), I hereby move for the admission *pro hac vice* of

Alexia Ramirez, an attorney with the Knight First Amendment Institute at Columbia University,

475 Riverside Drive, Suite 302, New York, NY 10115, and a member of the bar of the State of

New York, as additional counsel for the Plaintiff in this case. Alexia Ramirez's declaration is

filed herewith.

                        Respectfully submitted,

                        */s/ Jameel Jaffer*
                        Jameel Jaffer (MI0067)
                        Knight First Amendment Institute
                          at Columbia University
                        475 Riverside Drive, Suite 302
                        New York, NY 10115
                        (646) 745-8500
                        jameel.jaffer@knightcolumbia.org

*Counsel for Plaintiff*

Dated: January 10, 2024