UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY; JANET YELLEN, in her official capacity as the Secretary of the Treasury; OFFICE OF FOREIGN ASSETS CONTROL; BRADLEY SMITH, in his official capacity as the Director of the Office of Foreign Assets Control; U.S. DEPARTMENT OF JUSTICE; and MERRICK GARLAND, in his official capacity as the Attorney General,<br><br>Defendants. | Civil Action No. 1:23-cv-3777-JMC |

## DECLARATION OF ALEXIA RAMIREZ

Pursuant to Local Rule 83.2(c), I, Alexia Ramirez, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Alexia Rae Ramirez.

2. I am an attorney with the Knight First Amendment Institute at Columbia University. My office is located at 475 Riverside Drive, Suite 302, New York, NY 10115. My office telephone number is (646) 745-8500.

3. I was admitted by examination to the Bar of the State of New York in February 2020 and remain a member in good standing, bar number 5752621. I am also admitted to practice law in the United States District Court for the Southern District of New York and the United States Courts of Appeals for the District of Columbia Circuit.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted to practice in this Court *pro hac vice* within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Alexia Ramirez
Alexia Ramirez
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alexia.ramirez@knightcolumbia.org

*Counsel for Plaintiff*

Dated: January 10, 2024