UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY; JANET YELLEN, in her official capacity as the Secretary of the Treasury; OFFICE OF FOREIGN ASSETS CONTROL; BRADLEY SMITH, in his official capacity as the Director of the Office of Foreign Assets Control; U.S. DEPARTMENT OF JUSTICE; and MERRICK GARLAND, in his official capacity as the Attorney General, <br><br> Defendants. | Civil Action No. 1:23-cv-3777-JMC |

**[Proposed] ORDER**

Upon consideration of the motion to admit Alexia Ramirez to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Date: _____

_____
United States District Judge Jia M. Cobb