## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE FOUNDATION FOR GLOBAL
POLITICAL EXCHANGE, INC.,

      Plaintiff,

    v.

U.S. DEPARTMENT OF THE TREASURY;
JANET YELLEN, in her official capacity as
the Secretary of the Treasury; OFFICE OF
FOREIGN ASSETS CONTROL;
BRADLEY SMITH, in his official capacity
as the Director of the Office of Foreign
Assets Control; U.S. DEPARTMENT OF
JUSTICE; and MERRICK GARLAND, in
his official capacity as the Attorney General,

      Defendants.

Civil Action No. 1:23-cv-3777-JMC

## MOTION FOR ADMISSION *PRO HAC VICE* OF ALEX ABDO AS ADDITIONAL COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 83.2(c), I hereby move for the admission *pro hac vice* of

Alex Abdo, an attorney with the Knight First Amendment Institute at Columbia University, 475

Riverside Drive, Suite 302, New York, NY 10115, and a member of the bar of the State of New

York, as additional counsel for the Plaintiff in this case. Alex Abdo's declaration is filed

herewith.

Respectfully submitted,

*/s/ Jameel Jaffer*

Jameel Jaffer (MI0067)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Plaintiff*

Dated: January 10, 2024