AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| The Foundation for Global Political Exchange, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-03777-JMC |
| U.S. Department of the Treasury ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Foundation for Global Political Exchange, Inc.                                                                                                               .

Date:   01/17/2024                                                                /s/ Alexia Ramirez
                                                                                      *Attorney's signature*

                                                                       Alexia Ramirez, NY 5752621
                                                                       *Printed name and bar number*

                                                                       Knight First Amendment Institute at Columbia
                                                                       University
                                                                       475 Riverside Drive, Suite 302
                                                                       New York, NY 10115
                                                                                      *Address*

                                                                       alexia.ramirez@knightcolumbia.org
                                                                                      *E-mail address*

                                                                       (646) 745-8500
                                                                                      *Telephone number*

                                                                                      *FAX number*

Print    Save As...                                                                                                      Reset