UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE TREASURY; JANET YELLEN, in her official capacity as the Secretary of the Treasury; OFFICE OF FOREIGN ASSETS CONTROL; BRADLEY SMITH, in his official capacity as the Director of the Office of Foreign Assets Control; U.S. DEPARTMENT OF JUSTICE; and MERRICK GARLAND, in his official capacity as the Attorney General,<br><br>    Defendants. | Civil Action No. 1:23-cv-3777-JMC |

## DECLARATION OF ANNA DIAKUN

Pursuant to Local Rule 83.2(c), I, Anna Diakun, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Anna Natalia Diakun.

2. I am an attorney with the Knight First Amendment Institute at Columbia University. My office is located at 475 Riverside Drive, Suite 302, New York, NY 10115. My office telephone number is (646) 745-8500.

3. I have been admitted to practice before the courts listed in "Attachment A" to this declaration.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted to practice in this Court *pro hac vice* within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Anna Diakun
Anna Diakun
Knight First Amendment Institute
　at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
anna.diakun@knightcolumbia.org

*Counsel for Plaintiff*

Dated: January 17, 2024

2

## Attachment A

## Anna Diakun
## Court Admissions

| Court | Year Admitted | Bar Number |
|---|---|---|
| New York State Bar | 2016 | 5439732 |
| U. S. District Court, Southern District of New York | 2017 | AD0327 |
| U.S. District Court, Eastern District of New York | 2018 | AD0327 |
| U.S. Court of Appeals, 2nd Cir. | 2016 | |
| U.S. Court of Appeals, 4th Cir. | 2016 | |
| U.S. Court of Appeals, 9th Cir. | 2017 | |