AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| The Foundation for Global Political Exchange, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-03777-JMC |
| U.S. Department of the Treasury | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Foundation for Global Political Exchange, Inc.

Date: 01/22/2024

/s/ Xiangnong Wang
*Attorney's signature*

Xiangnong Wang, OR 204689
*Printed name and bar number*

Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
*Address*

george.wang@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

*FAX number*