AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-03777-JMC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick Garland, Attorney General
was received by me on *(date)* 12/22/2023 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
I served the Attorney General of the United States by mailing a copy of the summons and of the complaint by USPS certified mail to the Attorney General on 1/3/2024. Please see the attached USPS receipt, showing delivery address, and delivery confirmation, showing that the summons and complaint were delivered on 1/8/2024.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/25/2024

*Server's signature*

Reed Canaan, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:



**Tracking Number:** 70223330000150995102

Copy   Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 4:56 am on January 8, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®



## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
January 8, 2024, 4:56 am

See All Tracking History

What Do USPS Tracking Statuses Mean?