AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-03777-JMC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Office of Foreign Assets Control was received by me on *(date)* 12/22/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I served the Office of Foreign Assets Control by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to the Office of Foreign Assets Control on 1/3/2024. Please see the attached USPS receipt, showing delivery address, and delivery confirmation, showing that the summons and complaint were delivered on 1/8/2024.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/25/2024

*Server's signature*

Reed Canaan, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:
I served the United States by (1) mailing a copy of the complaint and the summons for the Attorney General of the United States, received by me on 12/22/2023, by USPS certified mail to the Attorney General of the United States on 1/3/2024; and (2) mailing a copy of the complaint and the summons for Matthew M. Graves, U.S. Attorney, received by me on 12/26/2023, by USPS certified mail to the civil process clerk at the U.S. Attorney's Office for the District of Columbia on 1/3/2024. Please see the attached USPS receipts, showing delivery addresses, and delivery confirmations, showing that the summonses and complaint copies were delivered on 1/8/2024.

Print    Save As...    Reset

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

7022 3330 0001 5099 5140

Certified Mail Fee $4.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.31
Total Postage and Fees $6.66

Sent To OFAC, U.S. Dep't of the Treasury
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave NW
City, State, ZIP+4 Washington, DC 20220

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

**Tracking Number:**

# 70223330000150995140

📋 Copy  ✂ Add to Informed Delivery

## Latest Update

Your item has been delivered to an agent for final delivery in WASHINGTON, DC 20220 on January 8, 2024 at 3:36 am.

**Get More Out of USPS Tracking:**
🔍 **USPS Tracking Plus®**

## ⊘ Delivered to Agent
**Delivered to Agent for Final Delivery**
WASHINGTON, DC 20220
January 8, 2024, 3:36 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**



Tracking Number: 70223330000150995102

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 4:56 am on January 8, 2024 in WASHINGTON, DC 20530.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
January 8, 2024, 4:56 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

7022 3330 0001 5099 5119

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20530

Certified Mail Fee $4.35
$0.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $_____
☐ Adult Signature Restricted Delivery $_____

Postage $2.51
$6.86

Sent To Civil Process Clerk, US Atty's Office for DC
Street and Apt. No., or PO Box No. 601 D St NW
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here 01/03/2024

NEW YORK, NY 10025
JAN -3
0036
84
COLUMBIA UNIVERSITY STATION

Tracking Number: **70223330000150995119**

Copy  Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 4:56 am on January 8, 2024 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:
 USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
January 8, 2024, 4:56 am

See All Tracking History

What Do USPS Tracking Statuses Mean?