# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>U.S. DEPARTMENT OF THE TREASURY; JANET YELLEN, in her official capacity as Secretary of the Treasury; OFFICE OF FOREIGN ASSETS CONTROL; BRADLEY SMITH, in his official capacity as Director, Office of Foreign Assets Control; U.S. DEPARTMENT OF JUSTICE; MERRICK GARLAND, in his official capacity as Attorney General, )<br><br>Defendants. ) | Civil Action No. 1:23-cv-03777- JMC |

## NOTICE OF APPEARANCE

Please take notice that Amy Powell, United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance as lead counsel for official capacity Defendants in the above captioned matter. Contact information for undersigned counsel is reflected in the signature block below.

Dated: March 1, 2024                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Amy E. Powell*
AMY E. POWELL

Senior Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*