# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-03777-JMC |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Catherine M. Yang, Trial Attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, as counsel for official capacity Defendants in the above captioned matter.

Dated: March 4, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ Catherine M. Yang*
CATHERINE M. YANG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4336
Email: catherine.m.yang@usdoj.gov

*Counsel for Defendants*