IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-03777-JMC |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 and Federal Rule of Civil Procedure 6(b), Defendants, through undersigned counsel and with Plaintiff's consent, respectfully request that the Court extend the time within which Defendants must respond to the Complaint. The good cause for this motion is as follows:

1. Plaintiff filed its Complaint on December 20, 2023, and served the Complaint and summons on Defendants on January 8, 2024. ECF Nos. 1, 19-25.

2. Defendants' current deadline to answer or otherwise respond to the Complaint is March 8, 2024. ECF No. 20; Fed. R. Civ. P. 12(a)(2).

3. The parties are exploring potential resolution of this action without litigation. Plaintiff provided its proposal of such potential resolution on March 1, 2024. Accordingly, to permit Defendants sufficient time to consider Plaintiff's proposal, and for the parties to discuss potential resolution, Defendants respectfully request that the Court grant a three-week extension to Defendants' deadline to respond to the Complaint—through March 29, 2024. This extension would both serve judicial economy and conserve the parties' resources.

4. Plaintiff consents to the three-week extension requested.

A proposed order is attached for the Court's convenience.

Dated: March 4, 2024
Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ Catherine M. Yang*
AMY E. POWELL
Senior Trial Attorney
CATHERINE M. YANG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4336
Email: catherine.m.yang@usdoj.gov

*Counsel for Defendants*