IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-03777-JMC |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## [Proposed] ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time, and for good cause shown, it is hereby ORDERED that the Consent Motion is GRANTED; and it is further ORDERED that Defendants' deadline to answer or otherwise respond to the Complaint is extended through March 29, 2024.

Date: _____

_____
UNITED STATES DISTRICT JUDGE