IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-03777-JMC |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7 and Federal Rule of Civil Procedure 6(b), Defendants, through undersigned counsel and with Plaintiff's consent, respectfully request that the Court extend the time within which Defendants must respond to the Complaint. The good cause for this motion is as follows:

1. Defendants' current deadline to answer or otherwise respond to the Complaint is March 29, 2024. *See* March 4, 2024 Minute Order.

2. The parties are exploring potential resolution of this action without litigation. Plaintiff provided its proposal of such potential resolution on March 1, 2024, which required review by and input from various agency stakeholders. Defendants anticipate providing their responsive proposal by no later than the week of April 1, 2024. Accordingly, to permit Defendants sufficient time to finalize their proposal, and Plaintiff sufficient time to consider Defendants' proposal and engage in further discussions as needed, Defendants respectfully request that the Court grant a two-week extension to Defendants' deadline to respond to the Complaint—through

April 12, 2024. This extension would both serve judicial economy and conserve the parties' resources.

    3.    Plaintiff consents to the two-week extension requested.

A proposed order is attached for the Court's convenience.

Dated: March 25, 2024            Respectfully submitted,

                                                 BRIAN M. BOYNTON
                                                 Principal Deputy Assistant Attorney General

                                                 DIANE KELLEHER
                                                 Assistant Branch Director

                                                 */s/ Catherine M. Yang*
                                                 AMY E. POWELL
                                                 Senior Trial Attorney
                                                 CATHERINE M. YANG
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 1100 L Street NW
                                                 Washington, DC 20005
                                                 Phone: (202) 514-4336
                                                 Email: catherine.m.yang@usdoj.gov

                                                 *Counsel for Defendants*