# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-03777-JMC |

## [Proposed] ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time, and for good cause shown, it is hereby ORDERED that the Consent Motion is GRANTED; and it is further ORDERED that Defendants' deadline to answer or otherwise respond to the Complaint is extended through April 12, 2024.

Date: _____                     _____
                                          UNITED STATES DISTRICT JUDGE