IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF THE TREASURY, *et al.*, ) ) ) Defendants. ) ) | Civil Action No. 1:23-cv-03777-JMC |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 and Federal Rule of Civil Procedure 6(b), Defendants and Plaintiff, through undersigned counsel, respectfully request that the Court extend the time within which Defendants must respond to the Complaint and set a schedule for briefing a dispositive motion (to the extent such a motion is necessary). The good cause for this motion is as follows:

1. Defendants' current deadline to answer or otherwise respond to the Complaint is April 12, 2024. *See* March 25, 2024 Minute Order.

2. The parties have reached agreement in principle on a portion of the claims in this action and are continuing to explore potential resolution of the remainder of this action without litigation. The parties have scheduled a discussion on April 19, 2024, which may result in further proposals and forward progress. Accordingly, to give the parties sufficient time to conclude their discussions, the parties jointly and respectfully request that the Court grant a 30-day extension to Defendants' deadline to respond to the Complaint—through May 13, 2024. This extension would both serve judicial economy and conserve the parties' resources.

3. If, by May 13, 2024, a settlement agreement appears imminent, the parties will jointly request the additional necessary time to finalize such agreement.

4. If, by May 13, 2024, a settlement agreement does not appear imminent, the parties will proceed to briefing. The parties jointly request the following briefing schedule in this event:

    a. May 20, 2024: Defendants will file a motion to dismiss the Complaint.

    b. June 18, 2024: Plaintiff will file an opposition to Defendants' motion to dismiss.

    c. June 21, 2024: Any amicus briefs in support of Plaintiff will be filed.

    d. July 15, 2024: Defendants will file a reply in further support of their motion to dismiss.

A proposed order is attached for the Court's convenience.

Dated: April 11, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ Amy E. Powell*
AMY E. POWELL
Senior Trial Attorney
CATHERINE M. YANG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4336
Email: catherine.m.yang@usdoj.gov

*Counsel for Defendants*

/s/
Anna Diakun
Xiangnong Wang
Alexia Ramirez
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
anna.diakun@knightcolumbia.org

/s/
Joshua Andresen
Scientia Guidance Ltd.
50 St. Mary's Road
Hemel Hempstead
HP2 5HL
United Kingdom
+447849264043
joshua.andresen@scientiaguidance.com

*Counsel for Plaintiff*