IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:23-cv-03777-JMC

## [Proposed] ORDER

Upon consideration of the parties' Joint Motion for Extension of Time, and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED;

It is further ORDERED that Defendants' deadline to answer or otherwise respond to the Complaint is extended through May 13, 2024; and

It is further ORDERED that

1. If, by May 13, 2024, a settlement agreement appears imminent, the parties will jointly request the additional necessary time to finalize such agreement.

2. If, by May 13, 2024, a settlement agreement does not appear imminent, the parties will adhere to the following briefing schedule:

   a. May 20, 2024: Defendants will file a motion to dismiss the Complaint.

   b. June 18, 2024: Plaintiff will file an opposition to Defendants' motion to dismiss.

   c. June 21, 2024: Any amicus briefs in support of Plaintiff will be filed.

      d.  July 15, 2024:  Defendants will file a reply in further support of their motion to dismiss.

Date: _____                      _____
                                                                         UNITED STATES DISTRICT JUDGE