IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-03777-JMC |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME
AND TO VACATE APRIL 12, 2024 ORDER**

Pursuant to Local Rule 7 and Federal Rule of Civil Procedure 6(b), Defendants and Plaintiff, through undersigned counsel, respectfully request that the Court vacate the deadlines in its April 12, 2024 Minute Order and extend the time within which Defendants must respond to the Complaint. The good cause for this motion is as follows:

1. Pursuant to the Court's April 12, 2024 Minute Order, Defendants are currently required to answer the Complaint by May 13, 2024, and the parties to proceed to briefing on a motion to dismiss filed by May 20, 2024 if a settlement agreement does not appear imminent.

2. The parties have been diligently discussing potential resolution of the claims in this action and are close to a settlement in principle that would resolve the action in its entirety. Due to this forward progress, the parties do not believe it would serve judicial economy to divert efforts toward preparing an answer and motion to dismiss briefing that may not be necessary.

3. Accordingly, the parties jointly and respectfully request that the Court vacate the answer and motion to dismiss deadlines in its April 12, 2024 Minute Order and a permit a 30-day

extension—through June 12, 2024—for the parties to finalize their discussions. Should a briefing schedule become necessary at the end of that period, the parties will confer and jointly propose one for the Court's consideration.

A proposed order is attached for the Court's convenience.

Dated: May 10, 2024                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Amy E. Powell*
AMY E. POWELL
Senior Trial Attorney
CATHERINE M. YANG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4336
Email: catherine.m.yang@usdoj.gov

*Counsel for Defendants*

 /s/
Anna Diakun
Xiangnong Wang
Alexia Ramirez
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
anna.diakun@knightcolumbia.org

 /s/
Joshua Andresen

Scientia Guidance Ltd.
50 St. Mary's Road
Hemel Hempstead
HP2 5HL
United Kingdom
+447849264043
joshua.andresen@scientiaguidance.com

*Counsel for Plaintiff*