# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-03777-JMC |

## [Proposed] ORDER

Upon consideration of the parties' Joint Motion for Extension of Time and to Vacate April 12, 2024 Order, and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED;

It is further ORDERED that the answer and motion to dismiss briefing deadlines in the Court's April 12, 2024 Order are VACATED; and

It is further ORDERED that the parties shall have through June 12, 2024 to finalize their settlement discussions.

Date: _____             _____
                                   UNITED STATES DISTRICT JUDGE