AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| The Foundation for Global Political Exchange, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-03777-JMC |
| U.S. Department of the Treasury | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Foundation for Global Political Exchange, Inc.                                                                                .

Date:     01/17/2024

/s/ Joshua Andresen
*Attorney's signature*

Joshua Andresen, MA 693808
*Printed name and bar number*

Scientia Guidance
50 St. Mary's Road
Hemel Hempstead HP2 5HL
United Kingdom

*Address*

joshuaandresen@scientiaguidance.com
*E-mail address*

+447849264043
*Telephone number*

*FAX number*

Print     Save As...     Reset