IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-03777-JMC |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 10, 2024 Minute Order, Defendants and Plaintiff, through undersigned counsel, respectfully notify the Court that they have continued productive settlement discussions, have exchanged draft settlement materials, and believe they are close to resolving this action in its entirety. The parties anticipate needing 30 days to finalize the agreement and file a stipulation of dismissal; if at that time additional time is still needed, the parties propose filing a joint status report on July 12, 2024 providing the Court with a further update.

Dated: June 12, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Amy E. Powell*
AMY E. POWELL
Senior Trial Attorney
CATHERINE M. YANG
Trial Attorney
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4336
Email: catherine.m.yang@usdoj.gov

*Counsel for Defendants*

 /s/ _____
Anna Diakun
Xiangnong Wang
Alexia Ramirez
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
anna.diakun@knightcolumbia.org

 /s/ _____
Joshua Andresen
Scientia Guidance Ltd.
50 St. Mary's Road
Hemel Hempstead
HP2 5HL
United Kingdom
+447849264043
joshua.andresen@scientiaguidance.com

*Counsel for Plaintiff*