IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-03777-JMC |

**JOINT STATUS REPORT**

Pursuant to the Court's June 18, 2024 Minute Order, Plaintiff and Defendants, through undersigned counsel, respectfully notify the Court that they have continued productive settlement discussions, have exchanged additional draft settlement materials, and believe they are close to resolving this action in its entirety. Because discussions remain ongoing and some time will be needed for formal approval of any settlement within the Government, the parties anticipate needing 30 additional days to finalize the agreement and file a stipulation of dismissal; if at that time additional time is still needed, the parties propose filing a joint status report on August 12, 2024 providing the Court with a further update.

Dated: July 12, 2024

Respectfully submitted,

 */s/Anna Diakun*
Anna Diakun
Xiangnong Wang
Alexia Ramirez
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
 at Columbia University

475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
anna.diakun@knightcolumbia.org

  /s/ Joshua Andresen
Joshua Andresen
Scientia Guidance Ltd.
50 St. Mary's Road
Hemel Hempstead
HP2 5HL
United Kingdom
+447849264043
joshua.andresen@scientiaguidance.com

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ Amy E. Powell*
AMY E. POWELL
Senior Trial Attorney
CATHERINE M. YANG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4336
Email: catherine.m.yang@usdoj.gov

*Counsel for Defendants*