IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-3777-JMC |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.6(b), notice is hereby given that the undersigned attorney, Alexia Ramirez, withdraws her appearance as counsel for Plaintiff in this matter, as July 26, 2024 will be her last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight Institute will continue to represent Plaintiff in this matter, and no party will be prejudiced.

Respectfully submitted,

*/s/ Alexia Ramirez*
Alexia Ramirez
Knight First Amendment Institute at
    Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alexia.ramirez@knightcolumbia.org

Dated: July 26, 2024

## **CERTIFICATE OF SERVICE**

I, Alexia Ramirez, hereby affirm that on July 26, 2024, I caused the foregoing Notice of Withdrawal of Appearance as Counsel for Plaintiff to be served on all parties via this Court's Electronic Case Filing system.

Dated: July 26, 2024              */s/ Alexia Ramirez*
                                                  Alexia Ramirez