# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-03777-JMC |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the September 13, 2024 Minute Order, Defendants and Plaintiff, through undersigned counsel, respectfully notify the Court that they have reached a tentative agreement resolving this action in its entirety, subject to further approvals. Finalizing the settlement has taken somewhat longer than anticipated but the parties anticipate that final review by all parties and approval of any settlement within the Government can be completed in less than 30 days. At that point, the parties anticipate finalizing the agreement and filing a stipulation of dismissal; if additional time is still needed, the parties propose filing a joint status report or a stipulation of dismissal on or before November 12, 2024.

Dated: October 11, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　DIANE KELLEHER
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/Amy E. Powell*
　　　　　　　　　　　　　　　　　　　　AMY E. POWELL

Senior Trial Attorney
CATHERINE M. YANG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4336
Email: catherine.m.yang@usdoj.gov

*Counsel for Defendants*

 /s/ Anna Diakun

Anna Diakun
Xiangnong Wang
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
anna.diakun@knightcolumbia.org

  /s/ Joshua Andresen

Joshua Andresen
Scientia Guidance Ltd.
50 St. Mary's Road
Hemel Hempstead
HP2 5HL
United Kingdom
+447849264043
joshua.andresen@scientiaguidance.com

*Counsel for Plaintiff*