IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FOUNDATION FOR GLOBAL POLITICAL EXCHANGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-03777-JMC |

**STIPULATION OF DISMISSAL**

The parties have reached a settlement agreement in light of the letter attached hereto. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims in this action with prejudice. Each party shall bear its own costs and fees.

Dated: November 12, 2024

Respectfully submitted,

/s/ *Anna Diakun*
Anna Diakun*
Xiangnong Wang*
Alex Abdo*
Jameel Jaffer
Knight First Amendment Institute at
  Columbia University
475 Riverside Drive, Suite 302
New York, NY
(646) 745-8500
anna.diakun@knightcolumbia.org

Joshua Andresen*
Scientia Guidance Ltd.
50 St. Mary's Road
Hemel Hempstead
HP2 5HL
United Kingdom
+447849264043

joshua.andresen@scientiaguidance.com

*admitted *pro hac vice*

*Counsel for Plaintiff*